**SO ORDERED.**

**SIGNED this 19 day of June, 2015.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## NEW BERN DIVISION

| | |
|---|---|
| **In the Matter of:** | **Chapter 7** |
| **HARBORVIEW ENTERPRISES, LLC** | **Case No.: 13-06089-8-DMW** |
| Debtor | |

### ORDER APPROVING COMPROMISE

THIS MATTER is before the Court on the Trustee's Motion to Approve Compromise [Doc. 262] (hereinafter referred to as the "Motion"); and, it appearing that all parties in interest were served with proper notice and that any objections were resolved; and, it further appearing to the Court as follows:

1. Since September 2, 2014, George Mason Oliver, Chapter 7 Trustee (the "Trustee") filed 56 adversary proceedings in the above-captioned matter challenging the validity of the Deeds of Trust, including the Deeds of Trust securing Proofs of Claim filed by former residents and Wells Fargo Bank, N.A. (the "Adversary Proceedings").

2. The Adversary Proceedings are identified by case number and caption as follows:

   (1.)  14-00138-8-DMW  Oliver, Trustee v. Wells Fargo Bank, National Association;
   (2.)  14-00160-8-DMW  Oliver, Trustee v. Ballou;
   (3.)  14-00161-8-DMW  Oliver, Trustee v. Binghamm;
   (4.)  14-00162-8-DMW  Oliver, Trustee v. Davids, Executor of the Estate of Raymond H.T. Davids;
   (5.)  14-00163-8-DMW  Oliver, Trustee v. Dixon;
   (6.)  14-00164-8-DMW  Oliver, Trustee v. Lefler;
   (7.)  14-00165-8-DMW  Oliver, Trustee v. Miller, Jr.

(8.)   14-00166-8-DMW Oliver, Trustee v. Murdock;
(9.)   14-00167-8-DMW Oliver, Trustee v. Sanchez;
(10.)  14-00168-8-DMW Oliver, Trustee v. Swann, *et al.*;
(11.)  14-00169-8-DMW Oliver, Trustee v. Midgett;
(12.)  14-00170-8-DMW Oliver, Trustee v. Fegley;
(13.)  14-00171-8-DMW Oliver, Trustee v. Hamer;
(14.)  14-00172-8-DMW Oliver, Trustee v. Hogan III, *et al*,;
(15.)  14-00173-8-DMW Oliver, Trustee v. Neal, *et al.*;
(16.)  14-00174-8-DMW Oliver, Trustee v. Newman;
(17.)  14-00175-8-DMW Oliver, Trustee v. Hines;
(18.)  14-00176-8-DMW Oliver, Trustee v. Wheeler, *et al.*;
(19.)  14-00177-8-DMW Oliver, Trustee v. Weller, Jr.;
(20.)  14-00178-8-DMW Oliver, Trustee v. Stackhouse;
(21.)  14-00179-8-DMW Oliver, Trustee v. Garrison;
(22.)  14-00180-8-DMW Oliver, Trustee v. Church, Jr.;
(23.)  14-00181-8-DMW Oliver, Trustee v. Doremus;
(24.)  14-00182-8-DMW Oliver, Trustee v. Doremus, *et al.*;
(25.)  14-00183-8-DMW Oliver, Trustee v. Brady;
(26.)  14-00184-8-DMW Oliver, Trustee v. Hall;
(27.)  14-00185-8-DMW Oliver, Trustee v. Bunger;
(28.)  14-00186-8-DMW Oliver, Trustee v. Bertram;
(29.)  14-00187-8-DMW Oliver, Trustee v. Mylan, *et al.*;
(30.)  14-00188-8-DMW Oliver, Trustee v. Ryan;
(31.)  14-00189-8-DMW Oliver, Trustee v. Coogan;
(32.)  14-00190-8-DMW Oliver, Trustee v. Erath;
(33.)  14-00191-8-DMW Oliver, Trustee v. Griffith;
(34.)  14-00192-8-DMW Oliver, Trustee v. Hodges;
(35.)  14-00193-8-DMW Oliver, Trustee v. Hensley, Jr., *et al.*;
(36.)  14-00194-8-DMW Oliver, Trustee v. Hord;
(37.)  14-00195-8-DMW Oliver, Trustee v. Dickson;
(38.)  14-00196-8-DMW Oliver, Trustee v. Quigley, *et al.*;
(39.)  14-00197-8-DMW Oliver, Trustee v. Willis;
(40.)  14-00198-8-DMW Oliver, Trustee v. Glasgow, Executor of the Estate of William K. Glasgow;
(41.)  14-00199-8-DMW Oliver, Trustee v. Shelton, Executrix of the Estate of Carolyn S. Barbour;
(42.)  14-00200-8-DMW Oliver, Trustee v. Smith;
(43.)  14-00202-8-DMW Oliver, Trustee v. Bjork;
(44.)  14-00203-8-DMW Oliver, Trustee v. Kraft, Executor of the Estate of Clinton Kraft;
(45.)  14-00204-8-DMW Oliver, Trustee v. Browne, Executor of the Estate of Constance E. Browne;
(46.)  14-00205-8-DMW Oliver, Trustee v. Hunter, Executrix of the Estate of Grace C. Hunter;
(47.)  14-00206-8-DMW Oliver, Trustee v. Novicki;

(48.) 14-00207-8-DMW <u>Oliver, Trustee v. Morgan, Jr., Executor of the Estate of Louise F. Morgan</u>;
(49.) 14-00208-8-DMW <u>Oliver, Trustee v. Grady, Jr., Executor of the Estate of Pauline C. Fakes</u>;
(50.) 14-00211-8-DMW <u>Oliver, Trustee v. Plasters, Executrix of the Estate of Arthur B. Wheless</u>;
(51.) 14-00212-8-DMW <u>Oliver, Trustee v. Darden II, Executor of the Estate of Robert D. Darden</u>;
(52.) 14-00215-8-DMW <u>Oliver, Trustee v. Ott</u>;
(53.) 14-00216-8-DMW <u>Oliver, Trustee v. Barbour</u>, *et al*.;
(54.) 15-00008-8-DMW <u>Oliver, Trustee v. The Estate of Edward A. Oliphant and any heirs</u>;
(55.) 15-00009-8-DMW <u>Oliver, Trustee v. The Estate of John H. Bringhurst, Jr. and any heir</u>; and
(56.) 15-00019-8-DMW <u>Oliver, Trustee v. First Citizens Bank & Trust Company, Executor of the Estate of L. Harold Stephens</u>.

2. As a matter of expedition and resolution, the Trustee, the former residents who filed secured Proofs of Claim and Wells Fargo Bank, N.A. reached a compromise agreement settling the distribution of proceeds from the sale of the real property, the Adversary Proceedings, and the claims against the Debtor, details of which are more particularly set forth in the Motion and the exhibits thereto.

3. The Trustee asserts that this is in the best interest of the estate.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the terms of the compromise as stated in the Motion are hereby APPROVED.

**"End of Document"**